NGUYEN LAWYERS, ALC
MINH T. NGUYEN, ESQ. (SBN 222405)
email: minh@nguyenlawyers.com
CHRISTINE J. GONONG, ESQ. (SBN 222443)
email: christine@nguyenlawyers.com
3777 Long Beach Blvd., Third Floor
Long Beach, CA 90807
Tel.: (562) 283-5415 ❖ Fax: (562) 283-5416

PERONA, LANGER, BECK, SERBIN & HARRISON
ALVIN CHANG, ESQ. (SBN 222620)
email: alvinchang@plblaw.com

THE LAW OFFICES OF LARRY H. PARKER, INC.
JEFFREY R. BILLINGS, ESQ. (SBN 165229)
email: jeff@larryhparker.com
MITCHELL P. BECK, ESQ. (SBN 292349)
email: mpbeck@larryhparker.com

Attorneys for Plaintiff
**MELODY BLACK**

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MELODY BLACK,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN ELLIOT WANZOR; CITY OF CLOVIS; CLOVIS POLICE DEPARTMENT; CURRY COUNTY; AND DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | CASE NO.: 5:19-cv-00885-JFW-SHK<br><br>**ORDER REGARDING REMAND TO STATE COURT** |

# ORDER

On December 11, 2019, the parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The parties' stipulation is approved;

2. Central District of California case number 5:19-cv-00885-JFW-SHK, styled *Melody Black at el v. Brian Elliott Wanzor et al.* is hereby remanded to San Bernardino County Superior Court.

**IT IS SO ORDERED.**

Dated: December 12, 2019

_____
Hon. John F. Walter
United States District Judge